

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**JOHN S. HO**
hoj@bsk.com
P: 646.253.2320
F: 646.253.2301

January 15, 2016

**VIA ELECTRONIC FILING**

Hon. James Orenstein
U.S. Magistrate Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:*     *Janeth Jiminez v. Concepts of Independence, Inc.*
          *Case No. 1:15-cv-05790 (FB/JO)*

Dear Judge Orenstein:

We represent the Defendant in the above-referenced matter.  Your Honor granted Defendant until January 15, 2016 to file a responsive pleading in this matter.  In accordance with Judge Block's Rules for Motion Practice, we are today filing a request for a pre-motion conference prior to filing our intended Motion to Dismiss Plaintiff's First Amended Complaint.

Thank you for your attention to this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

/s/ John S. Ho
John S. Ho, Esq. (JH-7831)


cc:     Robert Abrams, Esq. (via ECF)