## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

ROBERT ABRAMS
DIRECT DIAL (212) 545-4602
FACSIMILE (212) 545-4653
ABRAMS@WHAFH.COM

270 MADISON AVENUE
NEW YORK, NY 10016

212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

January 25, 2016

**VIA ELECTRONIC FILING**

Hon. James Orenstein
U.S. Magistrate Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Janeth Jimenez v. Concepts of Independence, Inc.*
Case No. 1:15-cv-05790 (FB/JO)

Dear Judge Orenstein:

We represent the Plaintiff in the above-referenced matter. Pursuant to Rule 2(A) of Judge Fredrick Block's Individual Motion Practices, Plaintiff hereby responds that she has no objection to Defendant's January 15, 2016 letter request to Your Honor for a pre-motion conference prior to Defendant's intended filing of a Motion to Dismiss Plaintiff's First Amended Complaint.

Very truly yours,

Robert Abrams

Robert Abrams

cc: John S. Ho, Esq. (via ECF)

RA: dmm / 785003

