

22 Corporate Woods Boulevard, Suite 501 | Albany, NY 12211 | **bsk.com**

**HERMES FERNANDEZ**
hfernandez@bsk.com
P: 518.533.3209
F: 518.533.3299

February 1, 2016

**VIA ELECTRONIC FILING**

Hon. James Orenstein
U.S. Magistrate Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**   ***Janeth Jiminez v. Concepts of Independence, Inc.***
> **Case No. 1:15-cv-05790 (FB/JO)**

Dear Judge Orenstein:

We represent the Defendant in the above-referenced matter.

We have received the letter from Plaintiff's Counsel, Mr. Robert Abrams, filed with Your Honor late yesterday afternoon.  Mr. Abrams' letter is unduly harsh.  Mr. Abrams called me after receipt of my letter to Your Honor and said that there had been a "misunderstanding" between us, and that he would be writing immediately to the Court to advise that he had not given his consent.  There was no discord, nor anything unpleasant in our conversation.

I apologize for incorrectly advising the Court regarding consent.  There was no intention to mislead.  I will not belabor the matter by stating what led me to believe that Plaintiff's Counsel had consented.

Thank you for your attention to this matter.  I apologize for burdening the Court.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

s/ Hermes Fernandez
Hermes Fernandez, Esq. (HF-4008)

cc:     Robert Abrams, Esq. (via ECF)

Attorneys At Law | A Professional Limited Liability Company            354988.1 2/1/2016