WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

ROBERT ABRAMS
DIRECT DIAL (212) 545-4602
FACSIMILE (212) 545-4653
ABRAMS@WHAFH.COM

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

February 3, 2016

**VIA ELECTRONIC FILING**

Hon. James Orenstein
U.S. Magistrate Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Janeth Jimenez v. Concepts of Independence, Inc.*
Case No. 1:15-cv-05790 (FB/JO)

Dear Judge Orenstein:

      We represent the Plaintiff in the above-referenced matter. Pursuant to Judge Block's Rule 2(A) we have today filed a letter application for a pre-motion conference requesting permission to file a Motion for Conditional Collective Certification under the FLSA § 216(b).

Very truly yours,

Robert Abrams

cc: John S. Ho, Esq. (via ECF)

RA: dmm / 785178

