IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANETH JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCEPTS OF INDEPENDENCE, INC.,<br><br>Defendant. | Civil Action No. 1:15-cv-05790-FB-JO |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Janeth Jimenez ("Plaintiff"), by her undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal, without prejudice, of her claims in the above-captioned action.

Dated:  New York, New York
        May 4, 2016

                                                **WOLF HALDENSTEIN ADLER**
                                                **FREEMAN & HERZ LLP**

By:   /s/ *Jeffrey G. Smith*
        Jeffrey G. Smith
        Robert Abrams
        Correy A. Kamin
        270 Madison Avenue
        New York, NY 10016
        Tel.:  (212) 545-4600
        Fax:  (212) 686-0114
        smith@whafh.com
        abrams@whafh.com
        kamin@whafh.com

        *Attorneys for Plaintiff*